In
The

                                                Court
of Appeals

                        Sixth
Appellate District of Texas at Texarkana

 

                                                ______________________________

 

                                                             No.
06-11-00096-CR

                                                ______________________________

 

 

 

                                                                        IN
RE:

CALVIN
YARBROUGH

 

 

                                                                                                  


 

                                                                                                                            


                                                     Original
Mandamus Proceeding

 

                                                                                                  


 

 

 

 

                                          Before
Morriss, C.J., Carter and Moseley, JJ.

                                        Memorandum
Opinion by Chief Justice Morriss

                                                                              

                                                                              








                                                      MEMORANDUM
OPINION

 

            Calvin Yarbrough has filed a
document with this Court that we deem to be a request for relief through a
petition for writ of mandamus.   He has
no pending appeal, but asks us to order the Harrison County District Clerk to
produce and provide him with a complete certified transcription of the grand
jury minutes, presumably from the cause underlying his 2005 conviction for
aggravated assault. 

            This Court has jurisdiction to
issue a writ of mandamus against “a judge of a district or county court in the
court of appeals district.”  Tex. Gov’t Code Ann. § 22.221(b)
(Vernon 2004).   In this context, the
relief sought by Yarbrough against a district clerk is not within the
jurisdictional authority of this Court.

            We deny the petition for writ of mandamus.

 

 

            

                                                                                    Josh
R. Morriss, III

                                                                                    Chief
Justice

 

Date
Submitted:          May 17, 2011

Date
Decided:             May 18, 2011

 

Do Not
Publish